UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| William L. LILE JR.<br>Plaintiff,<br><br>vs.<br><br>DR. RAJOLI,<br>Ms. K. HOBSON,<br>Ms. J. TEMPLETON ,<br>Mr. I Randolph,<br>Mr. Benefield,<br>WEXFORD MEDICAL,<br>CENTURION MEDICAL<br>WABASH VALLEY CORRECTIONAL<br>FACILITY  SUPRINTENDANT VANIHILL,<br>INDIANA DEPARTMENT OF<br>CORRECTION COMMISIONER<br>Defendants. | Case No.: _____<br>(TO BE SUPPLIED BY THE CLERK) |

**FILED**
01/03/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

Name: WILLIAM L. LILE JR.
Identification Number: 895654
Address: Wabash Valley Correctional Facility
P.O. Box 1111    GHU- 301
Carlisle, IN 47838

1

B.  Defendant(s)
    Name: Dr. Rajoli
    Title: Doctor at Wabash Valley Correctional Facility for Wexford Medical
    Address: Wabash Valley Correctional Facility
    P.O. Box 1111
    Carlisle, IN 47838


    Name: Ms. K. Hobson
    Title: Health Services Administrator at Wabash Valley Correctional Facility
    Wexford Medical
    Address: Wabash Valley Correctional Facility
    P.O. Box 1111
    Carlisle, IN 47838


    Name: Ms. J. Templeton
    Title: Grievance Executive Assistant at Wabash Valley Correctional Facility
    Address: Wabash Valley Correctional Facility
    P.O. Box 1111
    Carlisle, IN 47838


    NAME: Mr. I. Randolph
    TITLE: Final reviewing authority per offender grievance process 00 02 301
    Address: Wabash Valley Correctional Facility
    P.O. Box 1111
    Carlisle, IN 47838


    Name: Mr. Benefield
    TITLE: Disciplinary Hearing Board Chairman
    Address: Wabash Valley Correctional Facility
    P.O. Box 1111
    Carlisle, IN 47838


    Name: WEXFORD Medical at Wabash Valley Correctional Facility
    Address: Wabash Valley Correctional Facility
    P.O. Box 1111
    Carlisle, IN 47838

       Name: Centurion Medical at Wabash Valley Correctional Facility
       Address: Wabash Valley Correctional Facility
       P.O. Box 1111
       Carlisle, IN 47838

       Name: Wabash Valley Correctional Facility Superintendant Vanihill
       Address: Wabash Valley Correctional Facility
       P.O. Box 1111
       Carlisle, IN 47838

       NAME:(Indiana Department of Correction) known henceforth as (IDOC)
       Commissioner Robert E. Carter
       Address: Indiana Government South 5th. Floor
       302 West Washington St
       Indianapolis, Indiana 46204

**II.**    **STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:**
Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because I am currently incarcerated at the Wabash Valley Correctional Facility in Sullivan County, Carlisle Indiana where the incident occurred that I am entering complaint.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). And the nature of the disposition if the earlier case is closed.    **Not Applicable**

IV.   CAUSE OF ACTION

Ground 1: Improper or Inadequate Medical Care/ Hiring of medical personnel already known for improper care; Dr. Rajoli and Health Services Administrator K. Hobson , Wexford Medical, Superintendent Vanihill and Commissioner of IDOC Robert E. Carter for allowing Wexford Medical and its employees as mentioned to work here with no caring of past incidents. That if not known of negligent in their background checks, so as liable as all others.

Ground 2: False informing; Health Services Administrator K. Hobson misinformation to grievance Executive Assistant T. Templeton put on a state form Offender Grievance Response Form. Stating had mild reaction to first Moderna Covid shot.

Ground 3: Acting bias towards medical; T. Templeton is supposed to be impartial as is I. Randolph Showing of Bias against plaintiff. T. Templeton Grievance Executive Assistant, and Mr.I. Randolph Final Reviewing Authority Per Offender Grievance Process 00 02 301 agreeing.

Ground 4: Mistreatment of handicapped in mind and body. . Mr. Benefield Disciplinary hearing Board Chairman (from now on known as) (DHB), bias knowing was handicapped in mind and physically during hearing was very evident to the eye, also own personal knowledge.

Ground 5. Malpractice; NURSE Hobson making a Dr./ Physicians decision on grievance let alone consult those whom were involved or lead Ms. Templeton to correct authority to give answer. Note: May be other grounds later as I am still very mentally not right to proceed further on my own. Need an attorney appointed as am handicapped as of now.

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

Inadequate medical treatment; mistreatment of handicapped. After first Covid 19 Moderna shot I went back to work in the recreation department (after approximate 15 minute wait) Approximately 5-10 minutes I was finding it hard to breath. I was then escorted by C.O. Phillipee and prisoner

Marty Allen they had me put my arms around them and there's around me and I was getting weak and breathing poorly. They both were telling me my face, lips were swelling and my throat most likely too is why hard to breath. After what seemed like forever because of my deteriating position we got to infirmary.

At this point hard to talk the medical staff whose names don't have at this point were saying throat is swelling. They then immediately got permission to give me a shot or maybe shots to take it down name of shot not known at this time. After (time taken to work unknown). I will say this thanks to the nurses fast reactions and care I came around they all seemed to be very caring and worried, also thanks to C.O. Philipee and Prisoner Marty Allen for their fast response, also thank C.O. Michaels and Bennet. Some medical staff when I was more coherent told me my lips were really swollen, face and throat. I was there first reaction here (in this facility) they have witnessed. They were scared for me to. I also had high blood pressure and maybe more (I have put in for medical packet review after third time finally got an answer stating scheduled waited six weeks approx. Then put in a fourth no answer or I could be more precise on a lot of things including medical who was there) Need an attorney to get these things. Even after that Dr. Rajoli at least three times after I was calmed down told me go ahead take next shot I will guarantee you will be okay. So I took my Doctors medical advice; whom should be able to trust as my physician no matter if incarcerated or civilian. After left after first shot started having trouble walking lasted approx. a week to ten days I was very off balance, seemed to have to shuffle and had bad headaches.

I then put in a grievance on this unusual reaction to get a MRI Both T. Templeton and Mr. I. Randolph being bias. and therefore relying on nurse administrator K. Hobson misinformation; not investigating to see if correct or not; also T. Templeton Stated that did not provide any additional information or documentation to support your claim that would indicate the answer to your formal

5

grievance should be changed. See grievance appeal Failed to investigate showing bias. Suppose to be impartial appeal, Facility level appeal. If that is not offering new information what is? Even further showing of bias. Should have been given the MRI asking for. nurse Hopson should not be making this type of decision as she is not a medical Dr./Physician It would of shown had small stroke(s) and I would not have been told to keep working out glad you are getting stronger, so I slowly moved up after 12th. week I did last workout before take a week off. The next morning woke up could not lift right leg or arm (actually felt like sand was in them real heavy feeling) I was stuttering not thinking well ;like after first covid shot but a lot worse effects. If would have been given MRI would of known not to do any excecises as learned from the physical therapist whom gave me a wheelchair said for atleast 3-4.5 months and don't know why was exercising anyway. This bias by T. Templeton and I. Randolph because of misinformation by K. Hobson (remember not a Dr./ or physician) who was only in mindset of saving money for Wexford, or actually did not investigate thoroughly, so was derelict in her duties and caused me further great harm passing misinformation off to grievance personnel and they did not investigate further ending up causing me great harm;( should have been asking a Dr./Physician in first place or recommended to by Nurse Hobson )very scary situation for me. Note before all of this was a very active 60 year young person. It has taken away my lifelong love of sports as far as playing. I could play full court basketball one hour straight still keeping up with much younger people since I was young and been very energetic and full of vigor maybe a bit hyper some would say, as I come to recognize. I have also had a love for writing poems thoughts and inspirations and other miscellaneous writings etc. That has been taken from up to now also. I don't even have feeling or thoughts come to mind to write leaving with no release. I would if informed of all knowledge medical here had I would have not taken second shot and be in my handicapped position as am

now. Misinformation or not giving info. For what purpose but to harm me. Think about taking away your biggest passion how would you feel worrying may never get to do again. It is unexplainable actually. Because of bias uncaring wanting to save money over my life.

These important facts above seguay into believing in my Dr. Rajoli after numerous times to go ahead and take second shot even after seen my bad reaction of having anaphylactic symptoms from the first shot. Having literature not suppose to since answer to formal grievanc proving had the literature, still told me to atleast 3 times.

Note: DHB chairman Benefield asked where are the statements I was supposed to bring. As can be seen from video and my lay advocate Hector Ortiz can witness to and DHB Chairman if will be truthful shouldn't of held hearing as Plaintiff did ask for time to get over my condition to get witness statements; I may not have said want a continuance verbatim this is where manipulated putting did not ask for continuance. Mr. Benefield marked on paperwork did not ask for continuance. This is symantics as was not mentally in my true faculties. This to plaintiff is taking advantage of the handicapped, and misuse of power in such an important position. At one of plaintiffs most vulnerable and scary times in his life. I believe no other person in this type of position judge or DHB would of held hearing at that time and would of granted continuance not avoid it and put did not ask for one: blatant misuse of his type of authority especially a handicapped individual as myself. I truly could not comprehend everything happening to defend self properly, as my lay advocate can attest to and the camera could even see. I was also told would not test the supposed piece of paper to see if a narcotic intoxicant which in new D.O.C. policy don't have to but I was Charged before came out. So should be under that old rule; Also see that in a dirty urine drop the prisoner is afforded the right to send in for further testing even with some semplance could be guilty and if comes back negative owe no amount for urine test and found not guilty. Yet

with no type of evidence we are just guilty no chance of having sent n and if clean no charge and found not guilty in urine drop if does come back dirty have to pay for test this should be afforded to the paper arena also in fairness; also no paper is seen in photo copy taken if would have been in right facilities at time could of argued that, so anther way took advantage of handicapped. The new and old ADPP rule should follow the urine test philosophy; as the training and experience threshold is unfair as allows no real evidence; who truly could know through any training and experience that the piece(s) of paper just by looking is intoxicant or narcotic come on lets be real. This would be impossible. This would entertain lets get who we want and let go whom we don't pick; choose as many have had more evidence and they let go.

Superintendant Vanihill and IDOC Commissioner Robert E. Carter I feel can be involved because for instance when a visitor puts in to see us in IDOC prisons they are looked into in depth to see us or even enter the facility; even if are independent contractor/ business you should take as much notice of them and check out all their employees that will be working in this facility to see if there has been any prior bad medical practices in their past and not allow in. Remember visitors only come in as far as the visit room not into facility any further here at Wabash Valley Correctional Facility which is up front. These medical personnel can go all over the Facility and see prisoners. You can see if they have done prior acts and you checked them thoroughly or if not checked out gives culpability for letting in either way.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

$500,000.00 against Nurse Kim Hobson for malpractice causing terrible harm, $500,00.00 for Dr. Rajoli as employed by Wexford Medical telling me (3) three times take second shot you will be okay I'll make sure you will be okay I guarantee it. $500,000.00 on Wexford medical for offering up such unqualified Dr. and Nurse. $500,000.00 against Wabash Valley Correctional Facility Superintendant Vanihill and IDOC Commissioner Robert E Baker for improper investigating of those who work here or overlooking bad practices in treatments before causing harm: for allowing bias grievance workers and also incompetent medical company and some of its medical staff at facility in which ending up causing plaintiff severe harm and into handicapped arena, I will also include. MR Benifield (DHB) in this amount.$150,000.00 for Each individual in own capacities.   NOTE: Will need help as not thinking real clearly going off top of head what feel wrong/wronged terribly. Also to find out with Wexford to certain employees find them out how much Wexford may give in bonuses for saving there company money over treating prisoners as patients instead of seeing most likely as a bonus ending in mistreatment of human being(s) in prison.

Dr. Rajoli have his medical license reviewed as he is known for prior acts of similar procedures; At least go in front of medical disciplinary board. Monetary compensation.

Nurse Kim Hobson for making a DR./Physicians decision and not sending grievance people to the DR./Physician and or other staff members nurses, prisoners and C.O.s staff members Go in front of medical disciplinary board and provide proper disciplinary action as see fit. Monetary compensation.

Take away positions of both T. Templeton and I. Randolph and be fired or at least jobs of authority never given to them again throughout the department of correction. Monetary compensation from both.

Mr. Benefield (DHB) chairman be disciplined or at least no other job placement of authority be given at department of correction. DHB conviction overturned completely expunged. No rehearing have already completed all punishment.

Freeze all the aforementioned names as defendants assets liquid and all other as have been through before and may try to move them. Yes I do not trust them; can you tell?

For me to be given an attorney as I could mess this up my mind is not all the way there or physical functions, I am in wheel chair and mentally weak.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 3rd day of January, 2022.

*William L. Lile Jr.*
_____

Plaintiff