UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM L. LILE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-00002-JRS-MKK |
| ) | |
| CENTURION HEALTH OF INDIANA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER ACCEPTING JOINT STIPULATION OF DISMISSAL
AND DIRECTING DISMISSAL OF ACTION**

The parties previously reached a settlement agreement and have now filed a joint stipulation of dismissal asking the Court to enter an Order dismissing this action with prejudice. The Court **accepts** the parties' stipulation of dismissal, dkt. [116], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All of Plaintiff's claims are **dismissed with prejudice**. The **clerk is directed** to close this action on the docket. No judgment is required under these circumstances.

IT IS SO ORDERED.

Date: 10/7/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

WILLIAM L. LILE, JR.
895654
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362